*H. H. Elders,* for plaintiff in error.

*M. W. Eason, solicitor,* contra.

---

### 17082.   BURKHALTER *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only, the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*